```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE THIELHORN
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:10-CR-00398 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS JAMES LEE LANKFORD AND JON JON VANCE MCDADE** |
| v. | ) | |
| JAMES LEE LANKFORD and JON JON VANCE MCDADE, | ) | |
| Defendants. | ) | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, dates of birth, email addresses, telephone numbers, residential addresses, and bank account numbers ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1    The parties agree that entry of a stipulated protective order is
2 appropriate.
3    THEREFORE, defendant JAMES LEE LANKFORD, by and through his
4 counsel of record Victor Chavez ("Lankford Defense Counsel"),
5 defendant JON JON VANCE MCDADE, by and through his counsel of record
6 Eric Fogderude ("McDade Defense Counsel"), and plaintiff United
7 States of America, by and through its counsel of record, hereby agree
8 and stipulate as follows:
9    1.   This Court may enter protective orders pursuant to Rule
10 16(d) of the Federal Rules of Criminal Procedure, and its general
11 supervisory authority.
12    2.   This Order pertains to all discovery (hereafter,
13 collectively known as "the discovery") provided to or made available
14 to Lankford Defense Counsel and McDade Defense Counsel, (hereafter
15 collectively known as "Defense Counsel"), by the United States in
16 this case.
17    3.   By signing this Stipulation and Protective Order, Defense
18 Counsel agrees not to share any documents that contain Protected
19 Information with anyone other than case co-counsel (if any) and
20 designated defense investigators and support staff.  Defense Counsel
21 may permit the defendants to view unredacted documents in the
22 presence of his attorney, defense investigators and support staff.
23 The parties agree that Defense Counsel, defense investigators and
24 support staff shall not allow the defendants to copy Protected
25 Information contained in the discovery.  The parties agree that
26 Defense Counsel, defense investigators, and support staff may provide
27 the defendants with copies of documents from which Protected
28 Information has been redacted.
    4.   The discovery and information therein may be used only in

1  connection with the litigation of this case and for no other purpose.
2  The discovery is now and will forever remain the property of the
3  United States Government.  At the conclusion of the case, Defense
4  Counsel will return the discovery to the Government or will certify
5  that it has been shredded.

6      5.   Defense Counsel will store the discovery in a secure place
7  and will use reasonable care to ensure that it is not disclosed to
8  third persons in violation of this agreement.

9      6.   Defense Counsel shall be responsible for advising the
10 defendants, employees, and other members of the defense teams, and
11 defense witnesses of the contents of this Stipulation/Order.

12     7.   In the event that the defendant(s) substitutes counsel,
13 undersigned Defense Counsel agrees to withhold discovery from new
14 counsel unless and until substituted counsel agrees also to be bound
15 by this Order.

16     IT IS SO STIPULATED.

17

18 Dated: October 22, 2010           BENJAMIN B. WAGNER
                                         United States Attorney
19

20                                    By: /s/ Michele Thielhorn
                                         MICHELE THIELHORN
21                                          Assistant U.S. Attorney

22

23 Dated: November 19, 2010          /s/ Victor Chavez
                                         VICTOR CHAVEZ
24                                          Attorney for Defendant
25                                          JAMES LEE LANKFORD

26 Dated: November 19, 2010          /s/ Eric Fogderude
27                                          ERIC FOGDERUDE
                                         Attorney for Defendant
28                                          JON JON VANCE MCDADE

**ORDER**

IT IS SO ORDERED.

Dated:     November 23, 2010                              /s/ A.W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE