DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0398 AWI |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | HEARING; ORDER THEREON |
| v. ) | |
| ) | |
| JAMES LEE LANKFORD, ) | |
| ) | Date:  February 22, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Theilhorn, Counsel for Plaintiff, Assistant Federal Defender Victor M. Chavez, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the status conference currently set for December 13, 2010, **may be continued to February 22, 2011, at 9:00 a.m.**

On November 24, 2010, the government provided defense with 12,912 pages of discovery. This continuance is at the request of counsel for defendants to allow defendants time to review this additional discovery. This request is made with the intention of conserving time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: December 9, 2010        By:   /s/ *Michele L. Thielhorn*
                                                  MICHELE L. THIELHORN
                                                  Assistant United States Attorney
                                                  Counsel for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: December 9, 2010        By:   /s/ *Victor M. Chavez*
                                                  VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JAMES LEE LANKFORD

DATED: December 9, 2010        By:   */s/ Eric K. Fogderude*      ERIC K. FOGDERUDE
                                                 Attorney for Defendant
                                                 JON JON VANCE McDADE

## ORDER

IT IS SO ORDERED.

Dated:   December 10, 2010
                                                   CHIEF UNITED STATES DISTRICT JUDGE