DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ #113752
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0398 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| JAMES LEE LANKFORD, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, James Lee Lankford, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

DATED: February 7, 2011

/s/ James Lee Lankford
JAMES LEE LANKFORD

DATED: February 7, 2011

/s/ Peggy Sasso
VICTOR M. CHAVEZ
PEGGY SASSO
Assistant Federal Defender
Attorneys for James Lee Lankford

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   February 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE
Order Thereon                                          -2-