DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ #113752
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant James Lee Lankford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>JAMES LEE LANKFORD, JON VANCE McDADE,<br><br>　　　　　　*Defendants*. | NO. 1:10-cr-0398 AWI<br><br>**STIPULATION RE:  BAIL REVIEW HEARING; ORDER THEREON** |

　　　The parties appeared before Magistrate Judge Gary S. Austin on July 21, 2011 for hearng of defendant's requested bail review.  Defendants requested that the Court authorize them to spend in excess of $1,000 for the payment of household expenses. At issue was whether defendants could have access to funds belonging to defendant Jon McDade, which are presently deposited with the Court Clerk; whether defendants could sell certain office fixtures/furniture belonging to defendant James Lankford; and whether defendants could sell some burial plots.  Defendant James Lankford also requested authorization to transfer title of a 2004 Lincoln Navigator to Lyn Peterson, a former employee.

　　　The Court continued the matter to July 29, 2011 at 1:30 p.m.  The Court further directed the parties to meet and confer regarding a mutually acceptable resolution of these issues.  Pursuant to that discussion the parties, through their respective counsel agree and stipulate as follows:

///

1. Title to the 2004 Lincoln Navigator, VIN No. 5LMFU28R34LJ44037 shall be transferred to Lyn Peterson.

2. James Lankford is authorized to sell the office fixtures/furniture from his former office located at 180 Leveland Lane, Suite 4, Modesto, California. Mr. Lankford shall make a full accounting of the funds received from said sale to the government and to Pretrial Services.

3. At this time the defendants hereby withdraw their requests for sale of the burial plots and for access to the monies on deposit with the Court Clerk, including the written motion to access said monies.

4. The hearing scheduled for July 29, 2011 at 1:30 p.m. may be vacated.

DATED: July 27, 2011

/s/ *Peggy Sasso*
VICTOR M. CHAVEZ
PEGGY SASSO
Assistant Federal Defenders
Attorneys for James Lee Lankford

DATED: July 27, 2011

/s/ *Eric Fogderude*
ERIC FOGDERUDE
Attorney for Jon Vance McDade

DATED: July 27, 2011

/s/ *Michele Thielhorn*
MICHELE THIELHORN
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America

# O R D E R

**IT IS SO ORDERED.**

DATED:   July 27, 2011        /s/ Gary S. Austin
GARY S. AUSTIN, Magistrate Judge
United States District Court
Eastern District of California