DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0398 AWI |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE; ORDER THEREON |
| v. ) | |
| ) | |
| JAMES LEE LANKFORD and JON JON ) | Date: March 26, 2012 |
| VANCE MCDADE, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Thielhorn, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the status conference currently set for February 13, 2012, may be continued to March 26, 2012, at 10:00 a.m.

The defense requests this additional period of time to explore case resolution. At the same time, defense investigation and preparation are ongoing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

1  best interests of the public and the defendant in a speedy trial.

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: February 9, 2012        By:   /s/ *Michele L. Thielhorn*
                                MICHELE L. THIELHORN
                                Assistant United States Attorney
                                Counsel for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: February 9, 2012        By:   /s/ *Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                PEGGY SASSO
                                Assistant Federal Defenders
                                Attorneys for Defendant
                                JAMES LEE LANKFORD

DATED: February 9, 2012        By:   /s/ *Eric K. Fogderude*
                                ERIC K. FOGDERUDE
                                Attorney for Defendant
                                JON JON VANCE McDADE

                                     **ORDER**

    IT IS SO ORDERED.

Dated:    February 9, 2012

                                CHIEF UNITED STATES DISTRICT JUDGE