DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0398 AWI |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE; ORDER THEREON |
| v. ) | |
| ) | |
| JAMES LEE LANKFORD and JON VANCE ) | Date: April 9, 2012 |
| MCDADE, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michele L. Thielhorn, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Jon Vance McDade, that the status conference currently set for March 26, 2012, may be continued to April 9, 2012, at 10:00 a.m.

The reason for the continuance is to allow the parties additional time for further plea negotiations and investigation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4   best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 22, 2012          By:   /s/ *Michele L. Thielhorn*
                                     MICHELE L. THIELHORN
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 22, 2012          By:   /s/ *Peggy Sasso*
                                     VICTOR M. CHAVEZ
                                     PEGGY SASSO
                                     Assistant Federal Defenders
                                     Attorneys for Defendant
                                     JAMES LEE LANKFORD


DATED: March 22, 2012          By:   /s/ *Eric K. Fogderude*
                                     ERIC K. FOGDERUDE
                                     Attorney for Defendant
                                     JON VANCE McDADE


## ORDER

IT IS SO ORDERED.

Dated:    March 22, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE