DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0398 AWI |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE; [PROPOSED] ORDER |
| v. ) | THEREON |
| ) | |
| JAMES LEE LANKFORD and JON VANCE ) | |
| MCDADE, ) | Date:  August 27, 2012 |
| ) | Time:  1:00 p.m. |
| Defendants. ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, Assistant Federal Defenders Victor M. Chavez and Peggy Sasso, Counsel for Defendant James Lee Lankford, and Eric K. Fogderude, Counsel for Defendant Jon Vance McDade, that the status conference currently set for June 4, 2012, may be continued to August 27, at 1:00 p.m.

The reason for the continuance is to allow the parties additional time for further plea negotiations and investigation, including time for defense counsel to review subpoenaed documents necessary to its calculation of the loss amount under U.S.S.G. § 2B1.1(b). The requested continuance will conserve time and resources for both counsel and the court.

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4   best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2012          By:   */s/ Stanley A. Boone*
                                   STANLEY A. BOONE
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 31, 2012          By:   */s/ Peggy Sasso*
                                   VICTOR M. CHAVEZ
                                   PEGGY SASSO
                                   Assistant Federal Defenders
                                   Attorneys for Defendant
                                   JAMES LEE LANKFORD


DATED: May 31, 2012          By:   */s/ Eric K. Fogderude*
                                   ERIC K. FOGDERUDE
                                   Attorney for Defendant
                                   JON VANCE McDADE

## ORDER

IT IS SO ORDERED.

Dated:  **June 1, 2012**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE