1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   CHRISTOPHER D. BAKER
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  1:10-CR-00398 AWI
11                                   )
                   Plaintiff,        )  STIPULATION CONTINUING STATUS
12                                   )  CONFERENCE;ORDER
                                     )
13                                   )  Date:  December 10, 2012
              v.                     )  Time:  1:00 p.m.
14                                   )  Judge: Hon. Dennis L. Beck
                                     )
15                                   )
   JAMES LEE LANKFORD and JON VANCE  )
16 McDADE,                           )
                                     )
17                 Defendants.       )

18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, and

20 through their respective attorneys of record herein, that the status

21 conference now set for October 9, 2012, may be continued to **December**

22 **10, 2012, at 1:00 p.m.**

23      The reason for the continuance is to allow for further plea

24 negotiations.  Specifically, the additional time is necessary for

25 further discussion regarding a potential resolution of this case

26 following the parties' recent meeting and exchange of communications

27 on September 7, 2012 and October 1, 2012, regarding case resolution.

28 The parties stipulate and agree that the interests of justice served

1  by granting this continuance outweigh the best interests of the

2  public and the defendant in a speedy trial and that the delay from

3  the continuance shall be excluded from the calculation of time under

4  the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

5  (B)(iv).

6

7  Dated:    10/4/2012              BENJAMIN B. WAGNER
                                    United States Attorney
8

9                                   By:  ___/s/_____
                                    CHRISTOPHER D. BAKER
10                                  Assistant U.S. Attorney

11

12
   Dated:    10/4/2012              ___/s/_____
13                                  VICTOR M. CHAVEZ
                                    PEGGY SASSO
14                                  Counsel for Defendant James Lee
                                    Lankford
15

16

17 Dated:    10/4/2012              ___/s/_____
                                    ERIC K. FOGDERUDE
18                                  Attorney for Defendant Jon Vance
                                    McDade
19

20                              **O R D E R**

21

22     The intervening period of delay shall be excluded in the

   interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
23
   3161(h)(7)(B)(iv).
24

25     IT IS SO ORDERED.

26     **Dated:   October 5, 2012**        ____/s/ **Dennis L. Beck**____
                                    UNITED STATES MAGISTRATE JUDGE
27

28
                    Stipulation Continuing Status Conference; Order