1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   CHRISTOPHER D. BAKER
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )   1:10-CR-00398 AWI
11                               )
                   Plaintiff,    )   STIPULATION TO DEPOSIT FUNDS;
12                               )   ORDER
                                 )
13                               )
             v.                  )
14                               )
                                 )
15                               )
    JAMES LEE LANKFORD and JON VANCE )
16  McDADE,                      )
                                 )
17               Defendants.     )

18

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, and

20  through their respective attorneys of record herein, that defendants

21  shall deposit with the Clerk of the U.S. District Court Check # 5841

22  payable to Jon McDade in the amount of $3,761.05, and that no amount

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                 Stipulation to Deposit Funds; [Proposed] Order

shall be disbursed from Check # 5841 until further order of the Court.

Dated:   12/11/2012          BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Christopher D. Baker
                             CHRISTOPHER D. BAKER
                             Assistant U.S. Attorney


Dated:   12/11/2012          /s/ Victor M. Chavez
                             VICTOR M. CHAVEZ
                             PEGGY SASSO
                             Counsel for Defendant James Lee Lankford


Dated:   12/11/2012          /s/ Eric K. Fogderude
                             ERIC K. FOGDERUDE
                             Attorney for Defendant Jon Vance McDade


**O R D E R**

   Defendants shall deposit with the Clerk of the U.S. District Court Check # 5841 payable to Jon McDade in the amount of $3,761.05, and no amount shall be disbursed from Check # 5841 until further order of the Court.

IT IS SO ORDERED.

Dated:    December 11, 2012
                                  UNITED STATES DISTRICT JUDGE