JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0398 AWI |
| *Plaintiff,* | ORDER GRANTING RELEASE OF FUNDS FOR MOVING EXPENSES |
| v. | |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | Judge: Hon. Gary S. Austin |
| *Defendants.* | |

Following hearing on the matter on January 30, 2013, the Court finds that the $1,957.70 requested by Defendants represents reasonable expenses directly related to the Defendants' relocation of their family to Oklahoma.  Defendants' request for the release of $1,957.70, which represents a portion of the $3,761.05 previously deposited with the Clerk of the U.S. District Court for the Eastern District of California, for the sole purpose of covering documented moving expenses from California to Oklahoma **IS HEREBY GRANTED**.  The Clerk of the U.S. District Court for the Eastern District of California is hereby Ordered to issue a check in the amount of $1,957.70, payable to James Lankford.  All receipts pertaining to the expenditure of the $1,957.70 are to be submitted to Pretrial Services following the completion of the move with the understanding that Pretrial Services can share those receipts with the U.S. Attorneys Office.

IT IS SO ORDERED.

Dated:   **January 31, 2013**            /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE