DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAMES LEE LANKFORD

FILED
APR 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0398 AWI |
| Plaintiff, | STIPULATION TO RELEASE OF FUNDS FOR MOVING EXPENSES AND ~~PROPOSED~~ ORDER |
| v. | |
| JAMES LEE LANKFORD and JON VANCE MCDADE, | |
| Defendants. | Time:<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, that the Clerk of the United States District Court for the Eastern District of California shall, upon order of the Court, issue a check in the amount of $1,803.35 to James Lankford. Those funds shall be used for the sole purpose of paying costs of relocation of defendants and their family from California to Oklahoma. The funds shall be deposited into a bank account and all receipts and bank statements pertaining to the expenditure of the $1,803.35 shall be submitted to Pretrial Services and be available to the United States Attorneys Office. The $1,803.35 represents the balance of Check #5841 in the amount of $3,761.05 which the Court ordered to be deposited with the Court Clerk on December 11, 2012. Thereafter on January 31, 2013 the Court ordered release of $1,957.70 from said funds to James Lankford for use in covering costs of moving/relocation from California to Oklahoma.

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 12, 2013 | By: | /s/ Christopher D. Baker<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 12, 2013 | By: | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>PEGGY SASSO<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JAMES LEE LANKFORD |
| DATED: April 12, 2013 | By: | /s/ Eric K. Fogderude<br>ERIC K. FOGDERUDE<br>Attorney for Defendant<br>JON VANCE McDADE |

## ORDER

**IT IS SO ORDERED.**

DATED: April 12, 2013

ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

LANKFORD: Stipulation to Release Funds
[Proposed] Order                              -2-