Case 1:10-cr-00398-AWI-BAM   Document 121   Filed 10/03/13   Page 1 of 2

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   VICTOR M. CHAVEZ, Bar #113752
3  JANET BATEMAN, Bar #241210
   Assistant Federal Defenders
4  Designated Counsel for Service
   2300 Tulare Street, Suite 330
5  Fresno, California  93721-2226
   Telephone: (559) 487-5561
6
   Attorney for Defendant
7  JAMES LEE LANKFORD

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, ) Case No.  1:10-cr-0398 AWI / BAM
                              )
13 | Plaintiff,                ) STIPULATION AND  ORDER VACATING
                              ) OCTOBER 8, 2013 STATUS CONFERENCE
14 | vs.                       )
                              )
15 | JAMES LEE LANKFORD,       )
                              ) DATE:  October 21, 2013
16 | Defendant.                ) TIME:   10:00 a.m.
                              ) JUDGE: Anthony W. Ishii
17 |                           )

18   **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19 respective counsel that the status conference currently scheduled for October 8, 2013 be vacated

20 and that the status conference currently scheduled for October 21, 2013 remain.  Defense has

21 been informed that Mr. Lankford is recovering well.  Mr. Lankford is scheduled to see his

22 neurosurgeon on October 14, 2013; it is expected that at that time his neurosurgeon will

23 medically clear him for travel to Fresno to attend his change of plea hearing currently scheduled

24 for October 21, 2013 at 10:00 am.

25      The requested continuance is with the intention of conserving time and resources for both

26 parties and the court.  The parties agree that time shall be excluded in the interests of justice,

27 pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 3, 2013     By: | */s/ Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 3, 2013     By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>VICTOR M. CHAVEZ<br>JANET BATEMAN<br>  Assistant Federal Defenders<br>Attorneys for Defendant<br>JAMES LEE LANKFORD |

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for October 8, 2013 shall be vacated and the status conference scheduled for October 21, 2013 shall remain. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

*/s/*

IT IS SO ORDERED.

Dated:   October 3, 2013                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE

*Lankford Stipulation and Order*