HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
VICTOR M. CHAVEZ, Bar #113752
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES LEE LANKFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:10-cr-0398 AWI |
|---|---|
| Plaintiff, | ) REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; ORDER THEREON |
| vs. | |
| JAMES LEE LANKFORD, | |
| Defendant. | ) DATE: January 27, 2014<br>) TIME: 10:00 a.m.<br>) JUDGE: Anthony W. Ishii |

    Mr. Lankford, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of airfare from Ponca City, OK to Fresno, CA, so that he may attend his required court appearance on January 27, 2014. Additionally, Mr. Lankford requests the United States Marshal provide him with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

    Mr. Lankford has been found indigent and eligible for appointed counsel. Additionally, it has previously been determined that as an indigent defendant Mr. Lankford is unable to afford to travel from his home in Ponca City, OK to his required court appearance in Fresno, CA without financial assistance. There has been no change of circumstance since the Court appointed the

Federal Defender to represent Mr. Lankford. He therefore specifically requests the Court direct that those expenses be paid as contemplated by 18 U.S.C. § 4285.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 6, 2014      By:   /s/ Peggy Sasso
PEGGY SASSO
VICTOR M. CHAVEZ
JANET BATEMAN
Assistant Federal Defenders
Attorneys for Defendant
JAMES LEE LANKFORD

**O R D E R**

IT IS SO ORDERED.

Dated:   January 6, 2014           _____
SENIOR DISTRICT JUDGE