BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JAMES LEE LANKFORD,<br><br>               Defendant. | CASE NO.  1:10:CR-00398-AWI-BAM<br><br>**ORDER FOR FORFEITURE MONEY JUDGMENT** |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant James Lee Lankford,

IT IS HEREBY ORDERED that

1. Defendant James Lee Lankford shall forfeit to the United States $_948,826.00, and the Court imposes a personal forfeiture money judgment against James Lee Lankford in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of

Order for Forfeiture Money Judgment        1

sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed the ordered amount, to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   February 4, 2014

_____
SENIOR DISTRICT JUDGE

Order for Forfeiture Money Judgment                2