BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:10-CR-00398 AWI |
| Plaintiff, | ) |
| | ) APPLICATION AND AMENDED |
| v. | ) RESTITUTION ORDER |
| | ) |
| JAMES LEE LANKFORD and JON VANCE MCDADE, aka Jon Vance Lankford, | ) |
| Defendants. | ) |

WHEREAS, on January 27, 2014, defendants JAMES LEE LANKFORD and JON VANCE MCDADE were sentenced, among other things, to pay restitution in the amount of $948,826 and $1,443,826 (jointly and severally with co-defendant LANKFORD), respectively;

WHEREAS, on or about January 28, 2014, the United States Attorney's Office received documentation supporting an additional restitution claim by Carol Rogers as administrator of the estate of Paul Triller in the amount of $337,500 [attached hereto as Exhibit A];

WHEREAS, on or about January 29, 2014, the United States Attorney's Office received documentation to support an additional restitution claim by Fannie Mae in the amount of $180,842.50

-1-
APPLICATION AND AMENDED RESTITUION ORDER

1    [attached hereto as Exhibit B];

2    WHEREAS, pursuant to 18 U.S.C. § 3664(d)(5), good cause exists
3    for the failure to include such losses in the initial claim for
4    restitutionary relief, insofar as the government was unable until
5    recently to locate Ms. Rogers and confirm her entitlement to
6    restitution (as administrator for the actual victim's estate), and
7    insofar as Fannie Mae's due diligence undertaking on approximately 64
8    real properties involved in this case to determine whether Fannie Mae
9    had acquired any of the underlying loans and suffered losses thereby
10   required additional time;

11   WHEREAS, on February 6, 2014, counsel for the United States of
12   America ("government") provided to counsel for defendants the
13   documentation it received from Ms. Rogers and Fannie Mae and notified
14   defense counsel that the government supported these claims for
15   restitution; and

16   WHEREAS, the government seeks to provide defense counsel
17   reasonable time to respond to this application, which is timely filed
18   pursuant to 18 U.S.C. § 3664(d)(5);

19   ACCORDINGLY, pursuant to 18 U.S.C. § 3664(d)(5), the government
20   applies for entry of an Order amending the Judgments as to each
21   defendant entered on February 4, 2014 [Docs. 152 & 153], and ordering
22   that Carol Rogers is due restitution in the amount of $337,500.00,
23   and Fannie Mae is due restitution in the amount of $180,842.50, such
24   that defendant JAMES LEE LANKFORD is ordered to pay restitution in
25   the total amount of $1,286,326, and defendant JON VANCE MCDADE is
26   ordered to pay restitution in the total amount of $1,962,168.50
27   (jointly and severally with co-defendant LANKFORD).  The government
28   proposes that defense counsel file any response or objections to this

application within 14 days of this application (on or before March 24, 2014), and that should any objections be filed, a restitution hearing (in lieu of entry of the proposed Order) be held to resolve these claimants' restitution claim.

Dated:  March 10, 2014                BENJAMIN B. WAGNER
                                      United States Attorney


                                       /s/ Christopher D. Baker
                                      CHRISTOPHER D. BAKER
                                      MICHAEL G. TIERNEY
                                      Assistant U.S. Attorneys

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00398 AWI |
| Plaintiff, | |
| v. | AMENDED RESTITUTION ORDER |
| JAMES LEE LANKFORD and JON VANCE MCDADE, aka Jon Vance Lankford, | |
| Defendants. | |

Pursuant to 18 U.S.C. § 3664(d)(5), the Judgments as to each defendant entered on February 4, 2014 [Docs. 152 & 153], are amended to provide that Carol Rogers is due restitution in the amount of $337,500.00, and Fannie Mae is due restitution in the amount of $180,842.50, such that defendant JAMES LEE LANKFORD shall pay restitution in the total amount of $1,286,326 and defendant JON VANCE MCDADE shall pay restitution in the total amount of $1,962,168.50 (jointly and severally with co-defendant LANKFORD).

IT IS SO ORDERED.

Dated:  March 19, 2014            _____
                                    SENIOR DISTRICT JUDGE

AMENDED RESTITUTION ORDER