BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAMES LEE LANKFORD and<br>JON VANCE McDADE,<br><br>                              Defendants. | CASE NO.  1:10-CR-00398-AWI-BAM<br><br>**STIPULATION AND ORDER RE INTERLOCUTORY SALE OF REAL PROPERTY SUBJECT TO CRIMINAL FORFEITURE** |

Plaintiff United States of America and Co-owners (defined below) hereby agree and STIPULATE as follows:

1.      Defendant John McDade ("McDade") pleaded guilty to one count of bank fraud in connection with co-defendant James Lee Lankford's ("Lankford") scheme to defraud elderly property owners and financial institutions.  (Docket #113).

2.      On or about July 7, 2014, the United States obtained an Amended Preliminary Order of Forfeiture, forfeiting McDade's approximately 25.221% interest in the real property located at 3216 Jonathan Lane, Modesto, California ("the Property") to the United States.

3.      The remaining approximately 74.779% of the Property is owned by the Co-

Owners, Loydie Joe and Rachel Teresa Adams, Louis D Wheat (individually, and as beneficiary of Polycomp Trust Co. IRA in his name) Fred A. Stellato. James Kamstra (as successor to the John J. Kamstra and Gertrude C. Kamstra Trust). Judith Groetsema (as executor of Leonard and Ann Schemper Trust) and Carson W. and Virginia D. Ross.

4.      The Co-Owners, all elderly individuals, became owners of the Property by virtue of their investment along with McDade and Lankford into a mortgage transaction. After the mortgage they invested in went into default, the Co-Owners became owners after the foreclosure of the Property.  The result was that the Co-Owners became joint owners with other individuals they did not know and without a mechanism to sell.

5.      The ownership of the Property is laid out below:

| Owner | Ownership Percentage |
|---|---|
| Loydie Joe and Rachel Teresa Adams | 35.309% |
| United States (for the forfeited interest of defendant Jon McDade) | 25.221% |
| Louis D. Wheat (individually, and as beneficiary of Polycomp Trust Co. IRA in his name) | 20.177% |
| Fred A. Stellato | 5.044% |
| James Kamstra (as successor to the John J. Kamstra and Gertrude C. Kamstra Trust) | 5.039% |
| Judith Groetsema (as executor of Leonard and Ann Schemper Trust) | 5.039% |
| Carson W. and Virginia D. Ross | 4.173% |
| TOTAL: | 100% |

6.      The United States and the Co-Owners agree that the Property should be sold to preserve its value pending the final resolution of this action.

7.     The United States and the Co-Owners request that the Court authorize the sale of the Property.

8.     The United States, in consultation with the United States Marshal Service, shall have the authority to reject any sale that in its sole determination does not reflect the fair market value of the Property.

9.     Upon the sale of the Property, 25.221% of the net sale proceeds (after deduction of all fees and costs), reflecting McDade's forfeited interest in the Property, shall be paid to the United States Marshals Service as the substitute *res* in this case and held pending further order of the Court.

10.     After payment of the forfeited 25.221% interest to the United States, the remaining proceeds of the Property's sale shall be disbursed out of escrow to the Co-Owners based on their pro-rata share of ownership.


IT IS SO STIPULATED.

DATED: March <u>13</u>, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              <u>/s/ Jeffrey A. Spivak</u>
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

///

///

///

///

///

///

///

///

///

///

1     DATED:  March <u>6</u>, 2015          <u>/s/ Loydie Joe Adams</u>
                                                 LOYDIE JOE ADAMS
2                                                  (original notorized signature retained by attorney)

3

4     DATED:  March <u>6</u>, 2015          <u>/s/ Rachel Teresa Adams</u>
                                                 RACHEL TERESA ADAMS
5                                                  (original notorized signature retained by attorney)

6

7     DATED: March <u>6</u>, 2015           <u>/s/ Louis D. Wheat</u>
                                                 LOUIS D. WHEAT (Individually and as Beneficiary
8                                                  of the Polycomp IRA FBO Louis D. Wheat)
                                                 (original notorized signature retained by attorney)
9

10    DATED:  March <u>10</u>, 2015         <u>/s/ Fred A. Stellato</u>
                                                 FRED A. STELLATO
11                                                  (original notorized signature retained by attorney)

12

13    DATED:  March <u>6</u>, 2015          <u>/s/ James Kamstra</u>
                                                 JAMES KAMSTRA (as successor to the John J.
14                                                  Kamstra and Gertrude C. Kamstra Trust)
                                                 (original notorized signature retained by attorney)
15

16    DATED:  March <u>6</u>, 2015          <u>/s/ Judith Groetsema</u>
                                                 JUDITH GROETSEMA (for the Leonard and Ann
17                                                  Schemper Trust)
                                                 (original notorized signature retained by attorney)
18

19    DATED:  March <u>6</u>, 2015          <u>/s/ Carson W. Ross</u>
                                                 CARSON W. ROSS (for himself and for
20                                                  Virginia D. Ross)

21

22                                                  (original notorized signature retained by attorney)

23    IT IS SO ORDERED.

24    Dated:  <u> March 18, 2015  </u>

25                                           SENIOR  DISTRICT  JUDGE

26

27

28