BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:10-CR-00398-AWI-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JAMES LEE LANKFORD, JON VANCE MCDADE, aka JON JON VANCE MCDADE, | |
| Defendants. | |

    WHEREAS, on July 7, 2014, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1),  based upon the plea agreement and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendants James Lee Lankford and Jon Vance McDade forfeiting to the United States the following property:

    c.    Approximately $76,866.11 in U.S. Currency held by the Clerk of the Court, plus any interest which has or will accrue on the funds;

    d.    A sub *res* in the amount of $91,264.64 which represents Defendant McDade's approximately 25.221% interest in the real property located at 3216

Final Order of Forfeiture    1

    Jonathan Lane, Modesto, California[1]—including defendant McDade's ownership interest in any leasehold interest, lienhold interest, monthly rents, funds on account, reserve funds, or other monies invested in, related to, or generated by the real property, and including any interest, marital or otherwise, held by co-defendant Lankford;

  e. Defendant McDade's approximately 21.698% interest in the real property located at 105 Palm Parkway, Chowchilla, California—including defendant McDade's ownership interest in any leasehold interest, lienhold interest, monthly rents, funds on account, reserve funds, or other monies invested in, related to, or generated by the real property, and including any interest, marital or otherwise, held by co-defendant Lankford;

  f. Both defendant McDade's 50% interest and co-defendant Lankford's 50%, together totaling 100% interest, in six 6 burial plots at Lakewood Cemetary, Modesto, California;

AND WHEREAS, beginning February 19, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(D), 982(a)(2); 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest  of James Lee Lankford and Jon Vance McDade.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

---

[1] The property at 3216 Jonathan Lane was sold in April 2015, pursuant to the Stipulation for Interlocutory Sale filed with the Court March 17, 2015 the sub *res* of $91,264.64 represents the net proceeds attributable to defendant McDade's interest in the property.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  May 11, 2015

SENIOR DISTRICT JUDGE