BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEE LANKFORD, and<br>JON VANCE McDADE, aka<br>Jon Vance McDade, aka<br>Jon Jon Vance McDade<br><br>Defendants. | 1:10-CR-00398-AWI<br><br>**STIPULATION TO CONTINUE DEADLINE TO RESPOND TO ANCILLARY PETITION ;  ORDER**<br><br>Fed.R.Crim.P. 32.2(c); 21 U.S.C.§ 853(n) |

IT IS HEREBY STIPULATED by and between the United States of America and petitioners George Dellis and Fern Dellis, Co-Trustees of the George Dellis and Fern Dellis Trust Dated August 15, 2002; and Luwayne Stout and Esther Stout (hereafter jointly referenced as "Petitioners")  as follows:

1. On July 7, 2014, the Court entered an *Amended* Preliminary Order of Forfeiture as to defendants James Lankford and Jon Vance McDade on July 7, 2014, forfeiting all of their right, title, and interest in the following real property:  527 Melrose Street, Modesto, California, Stanislaus County, APN: 111-002-041, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon (the "Property").  ECF No. 174.

2. On June 25, 2015, Petitioners filed their Petition for Ancillary Hearing (the

"Petition") claiming an interest in a $45,500.00 Deed of Trust executed December 2, 2009 and secured by the Property (the "Deed of Trust").  ECF No. 181.

3. On June 30, 2015, the Court ordered the United States to respond to the Petition by July 17, 2015. ECF No. 182.

4. The Parties are working to resolve the case. Counsel for the United States circulated a proposed settlement agreement on July 16, 2015.

5. The Parties request that the Court grant the United States and Petitioners an additional 30 days to resolve this matter without the need for a formal hearing under 21 U.S.C. § 853(n)(4) and Fed.R.Crim.P. 32.2(c).

DATED: 7/16/2015          BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Jeffrey A. Spivak
                          JEFFREY A. SPIVAK
                          Assistant U.S. Attorney

DATED:  7/16/2015          /s/ Michael S. Warda
                          MICHAEL S. WARDA
                          Attorney for Petitioners,
                          George Dellis and Fern Dellis, Co. Trustees
                          of the George Dellis and Fern Dellis Trust
                          Dated August 15, 2002; and Luwayne Stout
                          and Esther Stout
                          (as authorized by email 7/16/2015)

## ORDER

Given the parties ongoing settlement discussions, the United States' deadline to respond to the Petition for Ancillary Hearing (Doc. 181) is continued from July 17, 2015 to August 17, 2015.

IT IS SO ORDERED.

  Dated:  **July 16, 2015**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE