BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES LEE LANKFORD, and<br>JON VANCE McDADE, aka<br>Jon Vance McDade, aka<br>Jon Jon Vance McDade<br><br>　　　　Defendants. | 1:10-CR-00398-AWI<br><br>**STIPULATION TO CONTINUE DEADLINE TO RESPOND TO ANCILLARY PETITION ; ORDER**<br><br>Fed.R.Crim.P. 32.2(c); 21 U.S.C.§ 853(n) |

IT IS HEREBY STIPULATED by and between the United States of America and petitioners George Dellis and Fern Dellis, Co-Trustees of the George Dellis and Fern Dellis Trust Dated August 15, 2002; and Luwayne Stout and Esther Stout (hereafter jointly referenced as "Petitioners") as follows:

1.　　On July 7, 2014, the Court entered an *Amended* Preliminary Order of Forfeiture as to defendants James Lankford and Jon Vance McDade on July 7, 2014, forfeiting all of their right, title, and interest in the following real property: 527 Melrose Street, Modesto, California, Stanislaus County, APN: 111-002-041, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon (the "Property"). ECF No. 174.

2.　　On June 25, 2015, Petitioners filed their Petition for Ancillary Hearing (the

1  "Petition") claiming an interest in a $45,500.00 Deed of Trust executed December 2, 2009
2  and secured by the Property (the "Deed of Trust").  ECF No. 181.

3       3.   On June 30, 2015, the Court ordered the United States to respond to the
4  Petition by July 17, 2015. ECF No. 182.

5       4.   On July 16, 2015 the Court issued and Order extending the deadline for the
6  United States to respond to the Ancillary Petition.

7       5.   The Parties are working to resolve the case. Counsel for the United States
8  circulated a proposed settlement agreement on July 16, 2015.  Counsel for Petitioners has
9  reviewed and agreed to circulate the proposed settlement to the Petitioners for signature.

10      6.   The Parties request that the Court grant the United States and Petitioners
11  an additional 30 days to resolve this matter without the need for a formal hearing under
12  21 U.S.C. § 853(n)(4) and Fed.R.Crim.P. 32.2(c).

13  DATED: August 12, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

15                                             /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
16                                            Assistant U.S. Attorney

18  DATED:  August  12, 2015                  /s/ Michael S. Warda
                                              MICHAEL S. WARDA
19                                            Attorney for Petitioners,
                                              George Dellis and Fern Dellis, Co. Trustees
20                                            of the George Dellis and Fern Dellis Trust
                                              Dated August 15, 2002; and Luwayne Stout
21                                            and Esther Stout
22                                            (as authorized by email dated 8/12/15)

## ORDER

Given the parties ongoing settlement discussions, the United States' deadline to respond to the Petition for Ancillary Hearing (Doc. 181) is continued from August 17, 2015 to September 17, 2015.

IT IS SO ORDERED.

Dated: **August 12, 2015**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE