BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEE LANKFORD, and<br>JON VANCE McDADE, aka<br>Jon Vance McDade, aka<br>Jon Jon Vance McDade<br><br>Defendants. | 1:10-CR-00398-AWI-BAM<br><br>**STIPULATION TO CONTINUE<br>DEADLINE TO RESPOND TO<br>ANCILLARY PETITION; ORDER**<br><br>Fed.R.Crim.P. 32.2(c); 21 U.S.C.§ 853(n) |

IT IS HEREBY STIPULATED by and between the United States of America and

petitioners George Dellis and Fern Dellis, Co-Trustees of the George Dellis and Fern Dellis

Trust Dated August 15, 2002; and Luwayne Stout and Esther Stout (hereafter jointly

referenced as "Petitioners")  as follows:

    1.     On July 7, 2014, the Court entered an *Amended* Preliminary Order of

Forfeiture as to defendants James Lankford and Jon Vance McDade on July 7, 2014,

forfeiting all of their right, title, and interest in the following real property:  527 Melrose

Street, Modesto, California, Stanislaus County, APN: 111-002-041, including any right,

title and interest in the whole of any lot or tract of land and any appurtenances or

improvements thereon (the "Property").  ECF No. 174.

    2.     On June 25, 2015, Petitioners filed their Petition for Ancillary Hearing (the

1   "Petition") claiming an interest in a $45,500.00 Deed of Trust executed December 2, 2009

2   and secured by the Property (the "Deed of Trust").  ECF No. 181.

3        3.      On June 30, 2015, the Court ordered the United States to respond to the

4   Petition by July 17, 2015. ECF No. 182.

5        4.      On July 16, 2015 the Court issued and Order extending the deadline to

6   August 17, 2015 for the United States to respond to the Ancillary Petition.  EFC No. 184.

7        5.      On August 16, 2015 the Court issued and Order extending the deadline to

8   September 17, 2015 for the United States to respond to the Ancillary Petition.  ECF No.

9   186.

10       6.      The Parties are working to resolve the case. Counsel for the United States

11  circulated a proposed settlement agreement on July 16, 2015.  Counsel for Petitioners has

12  reviewed and agreed to circulate the proposed settlement to the Petitioners for signature.

13  The United States has requested additional documents with regard to Petitioners'

14  interests and Petitioners are in the process of obtaining that documentation.

15       7.  The Parties request that the Court grant the United States and Petitioners an

16  additional 60 days to resolve this matter without the need for a formal hearing under 21

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   U.S.C. § 853(n)(4) and Fed.R.Crim.P. 32.2(c).

2   DATED: _September 16, 2015_                    BENJAMIN B. WAGNER
                                                   United States Attorney
3

4                                                   _/s/ Jeffrey A. Spivak_____
                                                   JEFFREY A. SPIVAK
5                                                  Assistant U.S. Attorney

6
    DATED: _September 16, 2015_                     _/s/ Michael S. Warda_____
7                                                  MICHAEL S. WARDA
                                                   Attorney for Petitioners,
8                                                  George Dellis and Fern Dellis, Co. Trustees
                                                   of the George Dellis and Fern Dellis Trust
9                                                  Dated August 15, 2002; and Luwayne Stout
                                                   and Esther Stout
10                                                 (as authorized by email dated September 16,
                                                   2015)
11
12                                                 **ORDER**

13       Given the parties ongoing settlement discussions, the United States' deadline to

14  respond to the Petition for Ancillary Hearing (Doc. 181) is continued from September 17,

15  2015 to November 17, 2015.

16

17  IT IS SO ORDERED.

18      Dated:   **September 17, 2015**            _/s/ Barbara A. McAuliffe_____

19                                                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28