1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   MICHAEL G. TIERNEY
3  JEFFREY A. SPIVAK
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America

**FILED**

**SEP 28 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8

9                  IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          CASE NO.  1:10-CR-00398-AWI-BAM

12                    Plaintiff,       **REQUEST AND ORDER FOR RELEASE**
                                       **OF FUNDS FOR CRIMINAL**
13              v.                     **FORFEITURE**

14  JAMES LEE LANKFORD and
    JON VANCE McDADE,
15
                      Defendants.
16

17

18          On May 11, 2015, the Court entered a Final Order of Forfeiture (the "Forfeiture

19  Order") forfeiting to the United States, among other things, Approximately $76,866.11 in

20  U.S. Currency held by the Clerk of the Court, plus any interest has or had accrued on the

21  funds (the "Funds").  See Final Order of Forfeiture (ECF #180 at (c)).  As provided in the

22  Forfeiture Order, the Court ordered the Funds to be held by the United States Marshals

23  Service until the Funds can be disposed of according to law. Id. at ¶ 3.

24          The Clerk has requested the United States Attorney's Office obtain an Order to

25  turnover those funds to the United States Marshals Service.  The United States requests,

26  therefore, that the Court order the Clerk to release the Funds to the United States

27  Marshal's Service.   Payment of the Funds should be made in the form of a cashier's check

28  made payable to the United States Marshals Service and sent to the U.S. Attorney's

Request and Order for Release of Funds          1

1    Office, Att: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

2

3    Dated: <u>September 18, 2015</u>                    BENJAMIN B. WAGNER
                                                         United States Attorney

4
                                                         /s/ Jeffrey A. Spivak
5                                                        JEFFREY A. SPIVAK
                                                         Assistant U.S. Attorney
6

7                                           **ORDER**

8

9    IT IS SO ORDERED.

10

11   Dated:  9-28-15                        _____

12                                          ANTHONY W. ISHII
                                            Senior United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request and Order for Release of Funds           2