```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES LEE LANKFORD, and<br>JON VANCE McDADE, aka<br>Jon Vance McDade, aka<br>Jon Jon Vance McDade<br><br>            Defendants. | 1:10-CR-00398-AWI<br><br>**STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the United States of America and petitioners George Dellis and Fern Dellis, Co-Trustees of the George Dellis and Fern Dellis Trust Dated August 15, 2002; and Luwayne Stout and Esther Stout (hereafter jointly referenced as "Petitioners") to compromise and settle their interest in the following property, and to stipulate and consent to the entry of a Final Order of Forfeiture as to the following property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(D), 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1):

      a.    527 Melrose Street, Modesto, California, Stanislaus County, APN: 111-002-041, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon (the "Property").

Stipulation for Final Order of Forfeiture
and Order Thereon

This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the following terms:

1. On August 13, 2013, defendant James Lee Lankford entered a plea of guilty to Counts One, Three, Four, Five, Thirteen, Thirty-Four and Forty-Eight of the Indictment which counts charged him with Mail Fraud in violation of 18 U.S.C. §1341. On this same date, defendant Jon Vance McDade entered a plea of guilty to Count Fifty of the Indictment which charges him with Bank Fraud in violation of 18 U.S.C. § 1344. The Court entered an *Amended* Preliminary Order of Forfeiture as to defendants James Lankford and Jon Vance McDade on July 7, 2014, forfeiting all of their right, title, and interest in the Property. ECF No. 174.

2. Beginning on February 19, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the Property. A Declaration of Publication was filed on March 30, 2015. ECF No. 178.

3. On June 25, 2015, Petitioners filed their Petition for Ancillary Hearing claiming an interest in a $45,500.00 Deed of Trust executed December 2, 2009 and secured by the Property (the "Deed of Trust"). ECF No. 181. George Dellis and Fern Dellis, Co-Trustees of the George Dellis and Fern Dellis Trust Dated August 15, 2002 claimed a 34.066% interest in the Deed of Trust. Id. Luwayne Stout and Esther Stout claimed a 65.934% interest in the Deed of Trust. Id.

4. No other party or entity has filed a petition asserting an interest in the property listed above, and the time in which any person or entity may file a petition has expired.

5. The parties hereby stipulate that Petitioners are valid lien holders on the Property. Petitioners have a legal right, title, or interest in the Property, and such right,

title, or interest requires the Court to amend the Preliminary Order of Forfeiture as to James Lee Lankford and Jon Vance McDade pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for their interest, because such interest was vested in them rather than defendants Lankford and McDade at the time of the commission of the acts which give rise to the forfeiture of the Property. *See* 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(n)).

6. The parties further stipulate that defendants James Lee Lankford and Jon Vance McDade also had an ownership interest in the Property and the Amended Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of their interest.

7. The parties agree that the sale of the Property shall be handled by the United States Marshals Service ("USMS") in a commercially reasonable manner. The USMS shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the Property. Any and all personal possessions not removed within thirty days from the entry of this Final Order of Forfeiture will be disposed of by the United States without further notice.

8. The parties agree that upon entry of this Final Order of Forfeiture and sale of the Property pursuant to this Final Order of Forfeiture, the USMS shall distribute the net proceeds of the sale, after payment of outstanding taxes owing on the Property and expenses reasonably incurred by the USMS in connection with its custody and sale of the Property, in the following manner:

    a. To petitioners Luwayne Stout and Esther Stout, through their counsel of record Michael Warda, attorney at law, 2350 W. Monte Vista Avenue, Turlock, California, a total of $28,738.00. This represents a 65.934% interest in the current balance owed on the note of $43,586.00.

    b. To petitioners George Dellis and Fern Dellis, through their counsel of record Michael Warda, attorney at law, 2350 W. Monte Vista Avenue, Turlock,

California, a total of $14,848.00.  This represents a 34.066% interest in the current balance owed on the note of $43,586.00.

    c.  To the United States, all remaining net proceeds from the sale of the Property after the payments to Petitioners as described in this Section 8.

9.    The payment to Petitioners shall be in full settlement and satisfaction of all claims and petitions by Petitioners to the Property and of all claims arising from and relating to the detention and forfeiture of the Property.

10.    Upon payment, Petitioners agree to assign and convey their respective security or other interests to the United States via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims that currently exist or that may arise as a result of the United States' actions against and relating to the Property.

11.    Petitioners agree not to pursue against the United States any other rights that it may have under the Deed of Trust, including, but not limited to, the right to foreclose upon and sell the Property during the pendency of this proceeding or any post-forfeiture proceeding relating to the marketing and sale of the Property, and any right to assess additional interest or penalties except as specifically allowed herein.

12.    Petitioners understand and agree that the United States reserves the right to void the stipulation if, before payment of the Deed of Trust, the U.S. Attorney's Office obtains new information indicating that the petitioner is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture statutes.

13.    Petitioners agree to execute further documents, to the extent reasonably necessary, to convey clear title to the Property to the United States and to implement further the terms of this Stipulation.

14.    Each party agrees to bear its own costs and attorneys' fees.

Stipulation for Final Order of Forfeiture and Order Thereon

15. Payment to the Petitioners pursuant to this Stipulation is contingent upon the Court's entry of this Final Order of Forfeiture.

16. The terms of this Stipulation shall be subject to approval by the United States District Court for the Eastern District of California. The court shall maintain jurisdiction over this matter to enforce the terms of this stipulation.

DATED: 12/17/2015     BENJAMIN B. WAGNER
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: 12/14/2015     /s/ Michael S. Warda
MICHAEL S. WARDA
Attorney for Petitioners,
George Dellis and Fern Dellis, Co. Trustees of the George Dellis and Fern Dellis Trust Dated August 15, 2002; and Luwayne Stout and Esther Stout

(original signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulation is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulation.

IT IS SO ORDERED.

Dated:   December 23, 2015                              _____
                                                        SENIOR  DISTRICT  JUDGE

## Exhibit A
Legal Description

Real Property Located at 527 Melrose Street in Modesto, California

Lots 11 and 12 in Block 584, in the City of Modesto, according to the Official Map thereof, filed December 21, 1942 in Volume 15 of Maps, Stanislaus County Records.

APN: 111-002-041-000